UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:22-02592 JGB (ADS)　　　　　　　　　　Date: June 28, 2022

Title: *Hernandez v. Broomfield*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):　　　　Attorney(s) Present for Defendant(s):
　　　　None Present　　　　　　　　　　　　　　　　None Present

**Proceedings:**　　(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE OR FILE IFP REQUEST

　　On April 15, 2022, Plaintiff George A. Hernandez filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. No. 1.) Four days later, the Clerk of Court issued a notice informing Plaintiff that he had neither paid the filing fee nor had filed a Request to Proceed In Forma Pauperis ("IFP Request"). (Dkt. No. 2.) As of the date of this Order, Plaintiff has still not paid the mandatory $400.00 filing fee or filed an IFP Request.

　　If Plaintiff wishes to proceed with this lawsuit, he must either (1) pay the full $400.00 filing fee; (2) file an IFP Request along with the necessary accompanying documents, an authorization for disbursement of funds, and a certified copy of his prison trust fund account statement; or (3) show cause why he is unable to do so by no later than **July 19, 2022**. Failure to comply with this Order may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

　　The Clerk of Court is directed to mail Plaintiff a blank copy of the District's IFP Request form (CV-60P).

　　**IT IS SO ORDERED.**

Initials of Clerk kh