JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ANTHONY HERNANDEZ, | Case No. 2:22-02592-JGB (ADS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| RONALD J. BROOMFIELD, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, (Dkt. No. 1), and the Report and Recommendation of United State Magistrate Judge, (Dkt. No. 24.) No objections were filed, and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

///

///

///

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 24);
2. Plaintiff's Complaint is dismissed with prejudice (Dkt. No. 1);
3. Judgment is to be entered accordingly.

DATED: July 12, 2023

THE HONORABLE JESUS G. BERNAL
United States District Judge