1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   GEORGE ANTHONY HERNANDEZ,        Case No. 2:22-02592 JGB (ADS)

12                    Plaintiff,

13            v.                      JUDGMENT

14   RONALD J. BROOMFIELD,

15                    Defendant.

16

17         Pursuant to the Court's Order Accepting United States Magistrate Judge's Report

18   and Recommendation, the Court adjudges the above-captioned case dismissed in its

19   entirety with prejudice.

20

21   DATED:  July 12, 2023          _____

22                                   THE HONORABLE JESUS G. BERNAL
                                     United States District Judge
23

24